UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCINE CARBONE | : |
| VS. | :     CIVIL ACTION NO. |
| TOWN OF EAST HAVEN | :     FEBRUARY 2, 2016 |

## COMPLAINT

1. This is an action to redress the deprivation by the defendant of rights secured to the plaintiff by federal overtime laws.

2. Jurisdiction of this court is invoked under the provisions of Sections 1331, 1337, 1343(3) and 1367(a) of Title 28 and Section 216(b) of Title 29 of the United States Code.

3. Venue is appropriate pursuant to Section 1391(b) of Title 28 of the United States Code because a substantial part of the events giving rise to this claim occurred within this district.

4. The plaintiff is an adult resident of East Haven, Connecticut. At all times mentioned herein, she was an employee of the defendant as that term is defined by the Fair Labor Standards Act, 29 U.S.C. § 203(e)(1).

5. At all times mentioned herein, the plaintiff was an employee engaged

in commerce within the meaning of 29 U.S.C. §§ 206(a) and 207(a)(1).

6. The defendant is a municipality in the State of Connecticut. At all times mentioned herein, it was an employer as that term is defined by the Fair Labor Standards Act, 29 U.S.C. §203(d).

7. The plaintiff was employed by the defendant as an office worker at the East Haven Town Hall for many years up to and including May 1, 2014, and was paid an hourly wage for a 37½-hour workweek. During that time, the plaintiff consistently worked 42 or 43 hours per week.

9. Although the plaintiff was an hourly employee, the defendant never paid her for her overtime hours or provided her with comp time or any other form of compensation for her overtime although required to do so by the provisions of the Fair Labor Standards Act.

WHEREFORE, the plaintiff claims judgment against the defendant for compensatory damages and attorney fees.

THE PLAINTIFF

BY:_____/s/ (ct00215)_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
jrw@johnrwilliams.com

2